**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-6955**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

ANGELO MARQUIS DRAPER,

    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:12-cr-00090-RGD-DEM-2)

Submitted: April 1, 2021          Decided: May 19, 2021

Before KING, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Angelo Marquis Draper, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo Marquis Draper appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. Upon review, we discern no abuse of discretion in the district court's determination that Draper failed to establish extraordinary and compelling reasons for release. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*